# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 5, 2025

## NO. 03-23-00737-CV

**BMC West Corporation a/k/a BMC West, LLC and Julian Noe Silva, Appellants**

**v.**

**Martha Karlson, as Independent Administrator of the
Estate of Joyce Angela Williams, Deceased, Appellee**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART -- OPINION BY JUSTICE KELLY
CONCURRING AND DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the final judgment signed by the trial court on August 3, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portions of the judgment that embody the jury's finding that Joyce Angela Williams suffered compensable mental anguish and the jury's failure to find any gross negligence by Julian Noe Silva. Therefore, the Court affirms those portions of the judgment. The Court further holds that there was reversible error in the remaining liability and damages portions of the judgment. Therefore, the Court renders judgment that Martha Karlson take nothing by her direct-negligence allegations against BMC West Corporation and remands the case for a new trial consistent with the Court's opinion on Martha Karlson's claims for physical-pain and mental-anguish damages.

Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.